454 A.2d 178

Commonwealth v. Martinson, Appellant.

Petition for Allowance of Appeal
Denied Feb. 25, 1983.

Submitted December 14, 1981. John G. McDougall, for

appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.